Joseph L. Benson II (Bar No. 7276)
Ben J. Bingham (Bar No. 7280)
BENSON & BINGHAM
11441 Allerton Park Dr., Suite 100
Las Vegas, Nevada 89135
Telephone: (702) 382-9797
Facsimile: (702) 382-9798
litigate@bensonbingham.com

Attorneys for Plaintiff
STACY KENNEDY

Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| STACY KENNEDY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; DOES 1 through X, and ROE CORPORATIONS 1 through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-02283-JCM-CWH<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff STACY KENNEDY and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney fees and costs.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

159768.1

1

Case No. 2:17-cv-02283-JCM-CWH
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER THEREON

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: December 18th, 2017

Joseph L. Benson, II
Ben J. Bingham
BENSON & BINGHAM

By: */s/Joseph L. Benson, II, Esq.*
Joseph L. Benson, II, Esq.
Attorneys for Plaintiff
STACY KENNEDY

Dated: December 19th, 2017

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

By: */s/Anna Maria Martin, Esq.*
Anna Maria Martin
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

IT IS HEREBY ORDERED that this action, 2:17-cv-02283-JCM-CWH, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: December 22, 2017.

_____
Hon. JAMES C. MAHAN
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

159768.1

2

Case No. 2:17-cv-02283-JCM-CWH
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE AND ORDER THEREON